# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FREEDOM MORTGAGE CORPORATION

VERSUS

VICTOR TERRELL HUNTER AND
TRENESSIA LANETTE JOHNSON

NO.   2025 CW 1198

**FEBRUARY 23, 2026**

---

In Re:   Trenessia Lanette Johnson and Victor Terrell Hunter,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 766737.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide a copy of
each pleading on which the judgment was founded, including the
Petition and attachments thereto and the motion, in violation of
Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8). In
addition, the writ application further failed to comply with
Rule 4-5(C)(9), as it failed to include a copy of any opposition
and attachments thereto, filed by a party in the district court
or a statement by the applicant that no opposing written
document was filed.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2. Any new application
must be filed on or before March 23, 2026, and must contain a
copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT